FILED
CLERK, U.S. DISTRICT COURT

JAN 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR07-1262·SJO |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| _Matthew Morgan Mayer_ Defendant. | ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of Cal._ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _present allegations, prior failures to appear, history_

1 | of substance abuse, insufficient bail resources,
2 | no economic tie to community

4  and/or

5  B.  ( ) The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: _____

14    IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  1/29/08

                                    _____
                                    UNITES STATES MAGISTRATE JUDGE