FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )     Case No.:  CR 07-1262-SJO
                                )
                  Plaintiff,    )
                                )
          vs.                   )     ORDER OF DETENTION AFTER HEARING
                                )       [Fed.R.Crim.P. 32.1(a)(6);
MATTHEW MORGAN MAYER            )        18 U.S.C. 3143(a)]
                                )
                  Defendant.    )
_____ )

        The defendant having been arrested in this District pursuant to

a  warrant  issued  by  the  United  States  District  Court  for  the

<u>Central District of California</u> for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

        The  Court  having  conducted  a  detention  hearing  pursuant  to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.      (✓)  The defendant has not met his/her burden of establishing by

        clear and convincing evidence that he/she is not likely to flee

        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

        based on <u>the nature of the alleged violations, the open warrant,</u>

1   and history of prior violations.

2

3

4   and/or

5   B.   (✓   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: defendant's criminal history and history of substance

10   abuse

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:   3-31-08

18

19

20   UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28